FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RICHARD M. WOOD; MIRIAM C. WOOD,<br><br>           Plaintiffs,<br><br>      vs.<br><br>GREENBERRY FINANCIAL SERVICES, INC.; WELLS FARGO HOME MORTGAGE OF HAWAII, LLC; EMC MORTGAGE CORPORATION; JOHN DOES 1-10; JANE DOES 1-10; DOES CORPORATIONS, PARTNERSHIPS AND OTHER ENTITIES 1-10,<br><br>           Defendants.<br>_____ | CIVIL 11-00150-LEK-KSC |

<u>ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION</u>

Findings and Recommendation having been filed and served on all parties on January 10, 2013, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION AS TO DEFENDANT GREENBERRY FINANCIAL SERVICES, INC.," docket entry no. 71, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, January 30, 2013.



        /S/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge